IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHEEM TURNER, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 15-3224 |
| | : | |
| v. | : | |
| | : | |
| CCP OF PHILA. CNTY, et al., MICHELLE FARRELL, Warden at C.F.C.F., | : : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 5th day of August, 2015, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The petition for habeas corpus relief is **DISMISSED WITHOUT PREJUDICE**;

2. The clerk of court shall mark this matter as **CLOSED**; and

3. There is no cause to issue a certificate of appealability.

BY THE COURT:


/s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.